# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:08-CV-89-RLV-DCK

| | |
|---|---|
| JAMES C. ROTEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner, Social Security )<br>Administration, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Notice Of Substitution" (Document No. 16) filed August 3, 2010. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. The Government has not responded to this motion, and the time to do so has lapsed. Having carefully considered the motion, the record, and the applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Notice Of Substitution" (Document No. 16) is **GRANTED**. The Clerk of Court is instructed to substitute the Plaintiff's parents, Conley C. Roten and Brenda C. Roten as Plaintiffs in this matter.

Signed: March 15, 2011

David C. Keesler
United States Magistrate Judge