# United States District Court
# For The Western District of North Carolina
# Statesville Division

CONLEY C. ROTEN and
BRENDA C. ROTEN,
as Substitutes for JAMES C.
ROTEN,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          5:08CV89

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2011 Order.

                                    Signed: September 30, 2011

                                    Frank G. Johns, Clerk
                                    United States District Court